ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL III

| LOCKTON/ ESSENTIAL INSURANCE SERVICES, INC.<br><br>Recurrente<br><br>V.<br><br>AUTORIDAD DE ASESORÍA FINANCIERA Y AGENCIA FISCAL DE PUERTO RICO<br><br>Recurrido | TA2025RA00271 | Revisión procedente de la Autoridad de Asesoría Financiera y Agencia Fiscal de Puerto Rico<br><br>RFP/RFQ Mayo 29, 2025<br><br>Sobre: Adquisición de Servicios Profesionales<br><br>Seguros Paramétrica |
|---|---|---|

Panel integrado por su presidente, el Juez Hernández Sánchez, el Juez Rivera Torres y el Juez Marrero Guerrero.

### SENTENCIA

En San Juan, Puerto Rico, a 16 de octubre de 2025.

Considerada la *Moción Informando Desistimiento Voluntario* presentada hoy, 16 de octubre de 2025, por Lockton/Essential Insurance Services, Inc., se declara:

Ha Lugar.

De conformidad con lo dispuesto en la Regla 83 (A) del Reglamento de este Tribunal de Apelaciones, según enmendada, *In re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, 215 DPR __ (2025), se ordena el archivo de este caso por desistimiento con perjuicio.

Notifíquese.

Lo acuerda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones